UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:93-cr-00012-KJD |
|---|---|
| Plaintiff, | ORDER TO RETURN SURRENDERED PASSPORT |
| v. | |
| LORNA FAUX, aka JEWEL HINKLES, | |
| Defendant. | |

On March 20, 2014, the Clerk of Court for the Central District of California transferred defendant's surrendered passport, No. 032924303, to the Clerk of Court for the District of Nevada. Sentencing and disposition was held on May 26, 1994, as to defendant Lorna Faux. Therefore, the Clerk is hereby directed to return defendant's surrendered passport to the U.S. Department of State, Office of Legal Affairs.

IT IS SO ORDERED.

Dated this 28th day of June, 2019.

KENT J. DAWSON
UNITED STATES DISRICT JUDGE